No. 11-6359. Demorris Tyrese Allen, Petitioner v. United States.

565 U.S. 971, 132 S. Ct. 467, 181 L. Ed. 2d 309, 2011 U.S. LEXIS 7504.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 421 Fed. Appx. 285.

No. 11-5868. In re Antoine Peters, Petitioner.

565 U.S. 961, 132 S. Ct. 458, 181 L. Ed. 2d 309, 2011 U.S. LEXIS 7576.

October 17, 2011. Petition for writ of mandamus denied.

No. 11-6392. In re Lenwood Davies, Petitioner.

565 U.S. 961, 132 S. Ct. 469, 181 L. Ed. 2d 309, 2011 U.S. LEXIS 7497.

October 17, 2011. Petition for writ of mandamus and/or prohibition denied.

No. 11-133 (R46-001). Ralph Rausch, Petitioner v. United States.

565 U.S. 971, 132 S. Ct. 474, 181 L. Ed. 2d 309, 2011 U.S. LEXIS 7594.

October 19, 2011. The petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit in the above-entitled case was dismissed today pursuant to Rule 46 of the Rules of this Court.

Same case below, 638 F.3d 1296.

No. 11-6057 (R46-002). Roger Lynn Loyd, Petitioner v. Georgia.

565 U.S. 971, 132 S. Ct. 474, 181 L. Ed. 2d 309, 2011 U.S. LEXIS 7595.

October 20, 2011. The petition for writ of certiorari to the Supreme Court of Georgia in the above-entitled case was dismissed today pursuant to Rule 46.1 of the Rules of this Court.

Same case below, 288 Ga. 481, 705 S.E.2d 616.

No. 11A412. M.H., Applicant v. United States.

565 U.S. 971, 132 S. Ct. 474, 181 L. Ed. 2d 309, 2011 U.S. LEXIS 7596.

October 25, 2011. Application for stay, presented to Justice Kennedy, and by him referred to the Court, denied.

No. 11-7054 (11A432). Frank Martinez Garcia, Petitioner v. Texas.

565 U.S. 972, 132 S. Ct. 474, 181 L. Ed. 2d 309, 2011 U.S. LEXIS 7597.

October 27, 2011. Application for stay of execution of sentence of death, presented to Justice Scalia, and by him referred to the Court, denied. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.